FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 19 PM 4:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ARABELLA BUS BARN, L.L.C., <br> ROGER OGDEN and DARRYL BERGER | * <br> * | CIVIL ACTION <br> NO. 01-3806 |
| VERSUS | * | |
| | * | SECTION " " |
| WHOLE FOODS MARKET, INC., <br> WHOLE FOODS MARKET SOUTHWEST, L.P., <br> SARPY PROPERTIES, L.L.C., SPECIALTY <br> REALTY DEVELOPMENT, L.L.C. <br> and ARABELLA STATION, L.L.C. | * <br> * <br> * | MAG. DIV. ( ) <br> SECT. K MAG. 5 |

\* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendants Whole Foods Market, Inc. ("Whole Foods") and Whole Foods Market Southwest, L.P. ("Whole Foods Southwest") hereby give notice of the removal of this cause to the United States District Court for the Eastern District of Louisiana on the following grounds:

I.

Whole Foods and Whole Foods Southwest are defendants in the cause of action which has been filed in Civil District Court for Orleans Parish, Louisiana, as Cause No. 01-19317. A copy of the pleadings and process on file are attached as Exhibit "A." Whole Foods and Whole Foods Southwest received notice of this cause of action when they received a copy of plaintiffs' petition by certified mail on November 23 and 26, 2001, respectively.

II.

The District Court of the United States has original jurisdiction of this action pursuant to 28 U.S.C. §1332 in that there is complete diversity between the parties and the matter in controversy, as alleged by plaintiffs, exceeds the sum of $75,000, exclusive of interest and

Fee  150.00
Process_____
X Dktd ✓✓
_____CtRmDep_____
_____1

costs. Specifically, plaintiffs are Louisiana residents while Whole Foods Market, Inc. is a Texas corporation with its principal place of business in Texas and Whole Foods Market Southwest, L.P. is a Texas Limited Partnership with its principal place of business in Texas and none of its partnership entities are Louisiana residents.

III.

Plaintiffs have also named Sarpy Properties, L.L.C., Specialty Retail Development, L.L.C. (improperly named as "Specialty Realty Development, L.L.C.") and Arabella Station, L.L.C. (jointly referred to as the "Sarpy Group") as defendants. The Sarpy Group defendants are Louisiana limited liability companies. However, there is absolutely no possibility that plaintiffs can establish a cause of action or obtain a judgment against the Sarpy Group defendants. Accordingly, they have been fraudulently joined to defeat removal and their citizenship must be disregarded for purposes of determining the existence of diversity jurisdiction.

IV.

Because the Sarpy Group defendants were fraudulently joined, their consent to removal is not necessary. However, to the extent it is necessary, the Sarpy Group defendants, through undersigned counsel, hereby consent to the removal of this action.

V.

Whole Foods and Whole Foods Southwest now therefore desire and hereby do remove this lawsuit to the United States District Court for the Eastern District of Louisiana, where it might have originally been filed. Removal is authorized by 28 U.S.C. §1441(b).

WHEREFORE, defendants Whole Foods Market, Inc. and Whole Foods Market Southwest, L.P. give notice that cause number 01-19317 now pending in Civil District Court in and for the Parish of Orleans, Louisiana is removed to the United States District Court for the Eastern District of Louisiana and that such Court assumes full jurisdiction of this action as provided by law.

Respectfully submitted,

/s/ Robert L. Redfearn, Jr.
Robert L. Redfearn, Jr. (#17106)
SIMON, PERAGINE, SMITH & REDFEARN, LLP
30th Floor, Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
Telephone: 504/569-2030
Telecopier: 504/569-2999

OF COUNSEL:

Norman Berger
Harold Hilborn
Varga, Berger, Ledsky, Hayes & Casey
Sante Fe Building
224 So. Michigan Ave., Suite 350
Chicago, Illinois 60604-2507

Attorneys for Whole Foods Market, Inc., Whole Foods Market Southwest, L.P., Sarpy Properties, L.L.C., Specialty Retail Development, L.L.C. and Arabella Station, L.L.C.

Dated: December 19, 2001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been duly served on all known counsel of record by placing a copy of same in the United States mail, first class postage prepaid and properly addressed, on this 19th day of December, 2001.

K:\DATA\M\22951012\Pleading\Removal.fed.wpd

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**